■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE LEWIS, Also Known as ANDREW LEWIS, Appellant. [677 NYS2d 475] —Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered February 23, 1995, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a second felony offender, to a term of 12½ to 25 years, unanimously affirmed.

Defendant was not denied his right to represent himself. By merely seeking to participate in the defense to the extent of questioning the complainant on cross-examination, defendant never made a timely and unequivocal request to proceed *pro se* (*see, People v Cabassa*, 79 NY2d 722, 730-731, *cert denied sub nom. Lind v New York*, 506 US 1011; *People v Garcia*, 69 NY2d 903; *People v Timmons*, 199 AD2d 8, *lv denied* 83 NY2d 811). Moreover, the record indicates that after being cautioned by the court and counsel, defendant abandoned his request to personally cross-examine the complainant.

We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Nardelli, Mazzarelli, Andrias and Saxe, JJ.